**Reinstated; Motion Granted; and Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 21, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00296-CV

---

## IN RE PLATINUM ENERGY SOLUTIONS, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-30972**

---

## MEMORANDUM OPINION

On April 21, 2014, relator Platinum Energy Solutions, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Wesley Ward, presiding judge of the 234th District Court of Harris County, to vacate his March 31, 2014 order directing relator to produce documents in response to real parties in interest's forty-three discovery requests.

On August 18, 2014, relator filed an unopposed motion to dismiss this original proceeding because the parties have settled the underlying case. Relator's requested relief in the petition for writ of mandamus is now moot. The motion is granted.

Accordingly, relator's petition for writ of mandamus is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Jamison.